IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAVID T. MORROW,

       Petitioner,

   vs.

UNITED STATES OF AMERICA,

       Respondent.

Case No. 11-cv-675-JPG

**JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner David T. Morrow's motion to

vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is

entered in favor of respondent United States of America and against petitioner David T. Morrow.

**DATED:** February 13, 2013

**NANCY J. ROSENSTENGEL, Clerk of Court**

**By:s/Deborah Agans, Deputy Clerk**

**Appoved:**    <u>s/ J. Phil Gilbert</u>
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**